UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN COOPER,                                Case No. 2:13-cv-12627
                                              Hon. Sean F. Cox
         Plaintiff                            Magistrate R. Steven Whalen

v

EXPERIAN INFORMATION SOLUTIONS, INC., a
foreign corporation, EQUIFAX INFORMATION
SERVICES, LLC, a foreign corporation,
NORTHPOINTE BANK, a foreign corporation, and
WILLIAM J. AZKOUL, jointly and severally,

         Defendants

---

**STATEMENT OF DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to LR 83.4, Northpointe Bank makes the following disclosure:

1.   Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

     Yes _____          No  X

2.   Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

     Yes _____          No  X

Dated: July 15, 2013                          /s/ Lisa A. Hall
                                              _____
                                              Michael E. Moore (P57315)
                                              Lisa A. Hall (P70200)
                                              Plunkett Cooney
                                              Attorneys for Defendant Northpointe Bank
                                              333 Bridge, N.W., Ste. 530
                                              Grand Rapids, MI  49504
                                              Direct: (616) 752-4618
                                              mmoore@plunkettcooney.com

Open.20113.31876.13088134-1